**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Elk River Pharmacy Inc., et al.,<br>Plaintiffs,<br>v.<br><br>Express Scripts, Inc., et al.,<br>Defendants. | Case No. 2:23-cv-01400 |

**Notice of Voluntary Dismissal Without Prejudice**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Elk River Pharmacy Inc., STRB Inc., The Pharmacy Station Inc., and Handicapable Inc. d/b/a Medicine To Go Pharmacies submit this Notice of Voluntary Dismissal Without Prejudice.

Dated: January 9, 2024

Respectfully submitted,

*/s/ Joseph M. Vanek*

Joseph M. Vanek, Bar Number 6197046
Paul E. Slater
Phil Cramer
Trevor K. Scheetz
Kathryn M. DeLong
SPERLING & SLATER, LLC
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Email: jvanek@sperling-law.com
Email: pes@sperling-law.com
Email: pcramer@sperling-law.com
Email: tscheetz@sperling-law.com
Email: kdelong@sperling-law.com

Steve D. Shadowen
Nicholas W. Shadowen
Kathryn Allen
HILLIARD SHADOWEN LLP
1135 W. Sixth Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
Email: steve@hilliardshadowenlaw.com
Email: nshadowen@hilliardshadowenlaw.com
Email: kallen@hilliardshadowenlaw.com

Charles J. Crueger
Erin K. Dickinson
CRUEGER DICKINSON LLC
4532 N. Oakland Ave.
Whitefish Bay, WI 53211
Telephone: (414) 210-3868
Email: cjc@cruegerdickinson.com
Email: ekd@cruegerdickinson.com

Mark C. Cuker
CUKER LAW FIRM
575 Pinetown Rd
PO Box 1151
Ft Washington PA 19034
Telephone: (215) 531-8522
Email: mark@cukerlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2024, a true and correct copy of the foregoing *Notice of Voluntary Dismissal Without Prejudice* was filed via CM-ECF and served on all counsel of record through the Court's electronic filing system.

/s/ *Joseph M. Vanek*
Joseph M. Vanek